# In The United States Court of Federal Claims

No. 12-863C

(Filed:  December 12, 2012)

_____

INSIGHT SYSTEMS CORP.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, December 13, 2012, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge