# In The United States Court of Federal Claims

Nos. 12-863C and 12-883C

(Filed: December 21, 2012)

_____

INSIGHT SYSTEMS CORP., and
CENTERSCOPE TECHNOLOGIES, INC.,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, this court filed an order directing the Clerk to consolidate this case with case No. 12-883C.  Accordingly, all further filings should be filed under the lead case, No. 12-863C.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge