# In The United States Court of Federal Claims

Nos. 12-863C and 12-883C

(Filed:  December 21, 2012)

_____

INSIGHT SYSTEMS CORP., and
CENTERSCOPE TECHNOLOGIES, INC.,

               Plaintiffs,

        v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

      On December 20, 2012, a telephonic status conference was held in this case. Participating in the conference were Richard J. Webber, for plaintiff Insight Systems Corp., John R. Tolle, for plaintiff CenterScope Technologies, Inc., and Matthew Paul Roche, for defendant. Pursuant to discussions during the conference, the court adopts the following schedule:

    1.      On or before January 8, 2013, defendant shall file the administrative record on CD-ROM, and shall effectuate service to all parties;

    2.      On or before January 22, 2013, plaintiffs shall file their motions for judgment on the administrative record;

    3.      On or before February 5, 2013, defendant shall file its cross-motions for judgment on the administrative record and responses to plaintiffs' motions;[1]

    4.      On or before February 15, 2013, plaintiffs shall file replies to their motions and responses to defendant's cross-motions;

---

[1] For all filings reflected on this scheduling order, defendant may file consolidated documents.

5.  On or before February 25, 2013, defendant shall file its replies in support of its cross-motions; and

6.  Oral argument on these motions will be scheduled by future order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra  
Francis M. Allegra  
Judge