# In The United States Court of Federal Claims

Nos. 12-863C and 12-883C

(Filed: January 17, 2013)

_____

INSIGHT SYSTEMS CORP., and
CENTERSCOPE TECHNOLOGIES, INC.,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

       On January 11, 2013, plaintiff Insight Systems Corp. filed a Motion to Require Defendant to Supplement the Record with E-Mail Outage Notification and Other Relevant Documents. Plaintiff's motion is hereby **GRANTED**, in part, and **DENIED**, in part, as moot. On or before January 22, 2013, defendant shall file the following documents to supplement the administrative record in this matter:

1. A single copy of any electronic mail message sent by computer personnel describing the USAID network outage that occurred on or about November 27, 2012, *see, e.g.*, Dkt. No. 23, Ex. A (e-mail regarding November 27, 2012 USAID network outage);

2. The Computer Science Corporation prime contract and the Micore Solutions GSA schedule contract referenced in defendant's January 16, 2013, response to plaintiff's motion to supplement the administrative record; and

3. Any other documents that would provide the court with background on:

    a. USAID's computer infrastructure as it relates to this matter; and

    b. The USAID network outage that occurred on or about November 27, 2012.

Plaintiff's request that the court order defendant to produce any extra-record declarations on which defendant intends to rely in its motion for judgment on the administrative record was rendered moot by defendant's January 15, 2013, Motion to Supplement the Administrative Record with the Declaration of Scott Fulton. The court will address defendant's motion in a separate order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge
