# In The United States Court of Federal Claims

Nos. 12-863C and 12-883C

(Filed: January 17, 2013)

_____

INSIGHT SYSTEMS CORP., and
CENTERSCOPE TECHNOLOGIES, INC.,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 15, 2013, defendant filed a Motion to Supplement the Administrative Record with the Declaration of Scott Fulton. Plaintiffs do not oppose the motion on the condition that they be permitted to supplement the record with one or more declarations for the same purpose served by Scott Fulton's Declaration. Defendant's motion is hereby **GRANTED**.

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge