# In The United States Court of Federal Claims

Nos. 12-863C and 12-883C

(Filed: January 17, 2013)

_____

INSIGHT SYSTEMS CORP., and
CENTERSCOPE TECHNOLOGIES, INC.,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On December 21, 2012, the court entered a scheduling order in this matter. The court hereby amends that order and adopts the following schedule:

(1)    On or before January 25, 2013, plaintiffs shall file their motions for judgment on the administrative record;

(2)    On or before February 8, 2013, defendant shall file its cross-motions for judgment on the administrative record and responses to plaintiffs' motions;[1]

(3)    On or before February 18, 2013, plaintiffs shall file replies to their motions and responses to defendant's cross-motions;

(4)    On or before February 28, 2013, defendant shall file its replies in support of its cross-motions; and

---

[1] For all filings reflected on this scheduling order, defendant may file consolidated documents.

(5)     Oral argument on these motions will be scheduled by future order.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge