# In The United States Court of Federal Claims

Nos. 12-863C and 12-883C

(Filed: February 1, 2013)

_____

INSIGHT SYSTEMS CORP., and
CENTERSCOPE TECHNOLOGIES, INC.,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 25, 2013, plaintiffs CenterScope Technologies, Inc. and Insight Systems Corp. each filed a motion to supplement the administrative record. On January 30, 2013, defendant filed an objection to plaintiffs' motions. The court hereby **GRANTS** plaintiffs' motions to supplement the administrative record.[1]

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge

---

[1] The court acknowledges defendant's argument that portions of the supplemental materials submitted by plaintiffs contain legal conclusions, and the court will make a determination with respect to that argument at the appropriate time.