# In The United States Court of Federal Claims

Nos. 12-863C and 12-883C

(Filed: February 12, 2013)

_____

INSIGHT SYSTEMS CORP., and
CENTERSCOPE TECHNOLOGIES, INC.,

               Plaintiffs,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

Oral argument on the parties' cross-motions for judgment on the administrative record will be held in this case on Tuesday, March 5, 2013, at 10:00 a.m. (EST) at at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED**.

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge