# In The United States Court of Federal Claims

Nos. 12-863C and 12-883C

(Filed: July 25, 2013)
_____

INSIGHT SYSTEMS CORP., and
CENTERSCOPE TECHNOLOGIES, INC.,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On July 12, 2013, plaintiff Insight Systems Corp. filed a motion for attorney fees. On July 19, 2013, plaintiff CenterScope Technologies, Inc. filed a motion for attorney fees. On July 24, 2013, defendant filed a motion requesting: (i) that it be allowed to file a consolidated response to the motions for attorney fees, and (ii) that it be granted a 30-day enlargement of time within which to file a consolidated response to plaintiffs' motions. Defendant's motion is hereby **GRANTED**. Accordingly, on or before September 18, 2013, defendant shall file a consolidated response to plaintiffs' motions for attorney fees.

    **IT IS SO ORDERED**.


                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge